IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
HINDS COUNTY, MISSISSIPPI

TAKEETA GALLOWAY ON HER OWN BEHALF;
and AS MOTHER AND NEXT FRIEND OF
MARCEDIZ GALLOWAY AND QN'ZARIUS GALLOWAY,
HER MINOR CHILDREN; and MARCUS COLLIER    PLAINTIFFS

VERSUS                                     NO. 15-466

AMBER EIDE, SWEEPING CORPORATION OF
AMERICA, ERNEST COOK, ENTERPRISE LEASING
COMPANY-SOUTH CENTRAL, LLC AND JOHN DOE    DEFENDANTS

**STATE OF MISSISSIPPI**
**COUNTY OF LAMAR**

## AFFIDAVIT

**BEFORE ME**, the undersigned authority personally came and appeared:

**BRITTANY F. MALLION**

who, after being duly sworn, did depose and state that:

1) I am counsel for Enterprise Leasing Company – South Central, LLC ("Enterprise"), in the above captioned matter.
2) In the course of my representation of Enterprise, I searched social media and obtained a background check in an effort to locate defendant Amber Eide.
3) A true and correct copy of the pertinent results of my search relevant to the issue of the defendant's location (redacted in part to protect certain privacy rights of Amber Eide) is attached hereto. The documents attached that were obtained through a Facebook search appear to reflect that Amber Eide, or someone purporting to be Amber Eide, is a resident of Baton Rouge, Louisiana, and has been employed at Office Depot in Baton Rouge since at least October 3, 2015. The same documents also appear to reflect that Amber Eide, or someone purporting to be Amber Eide, has not been a resident of the state of Mississippi since at least February 1, 2014. Further, the documents appear to reflect that Amber Eide, or someone purporting to be Amber Eide, is associated with the renter of the Enterprise vehicle involved in the subject accident of this litigation, Amanda Kersh, of Iowa.



EXHIBIT 1

Although the name of the Facebook account reasonably believed to belong to Amber Eide is under the name "Amber Grace," my research suggests that the Uniform Resource Locator ("URL") belongs to an individual holding himself or herself out to be "Amber Barbie Eide."

4) The Instant Checkmate background report indicates that Amber Eide, or someone purporting to be Amber Eide, has at some time been located at an address in Baton Rouge, Louisiana. The background report also indicates that Amber Eide, or someone purporting to be Amber Eide, obtained a fishing license from the state of Florida in 2015, and registered for that license as a resident of Baton Rouge, Louisiana, and that Amber Eide is reported to have been involved in an automobile accident on September 30, 2013, with individuals identified as Ernest Cook and Sonethia Galloway.

5) The above and foregoing is true and correct based upon personal knowledge.

*Brittany Mallion*
**BRITTANY F. MALLION, Affiant**

SWORN TO AND SUBSCRIBED BEFORE ME THIS 27TH DAY OF MAY, 2016.

*Mary E. Raborn*
**NOTARY PUBLIC**

*[Notary Seal: STATE OF MISSISSIPPI, MARY E. RABORN, NOTARY PUBLIC, ID No. 2955, Commission Expires January 27, 2017, COVINGTON COUNTY]*



f Amber Grace 🔍 Home



AmberGrace the struggle and let
(AE) it make you stronger. It

Timeline  About  Friends  Photos  More ▼

👤 Add Friend    💬 Message    ...

DO YOU KNOW AMBER?

To see what she shares with friends, send her a friend request

👤 Add Friend



Amber Grace updated her profile picture.
May 13 at 11:33pm

➤ Share

🕐 Intro

👤 Former Manager at I Am A Child of God

📷 Photos



👥 Friends  334









https://www.facebook.com/AmberBarbieEide

Amber Grace | Home | Add Friend

Amber Grace | Timeline ▼ | 2014 ▼ | February ▼

**Amber Grace**
February 1, 2014

I HAVE GIVEN MY LIFE TO GOD YESTERDAY... I AM NO LONGER IN CONTROL OF MY FUTURE HE IS... IM NOT THE OLD ME I AM RENEWED IN THE BLOOD OF CHRIST... HE HAS FORGIVEN ME 4 ALL MY SINS NOW ITS TIME 4 ME TO FORGIVE MYSELF... ITS A LONG JOURNEY AHEAD OF ME BUT I AM NOT ALONE... HE HAS NOT ABANDONED ME OR YOU... GOD HAS BEEN WITH ME ALL ALONG NOW I WALK WITH HIM... ALL THE NEGATIVE AND BAD THINGS IM STAYING AWAY FROM... I HAVE 2 DISTANT MYSELF FROM THIS COLD WORLD... I NO LONGER LIVE IN MISSISSIPPI... I MISS ALL OF YOU ALL MY FAMILY AND FRIENDS I LOVE YOU ALL BUT GOD HAS BIGGER AND BETTER BRIGHTER PLANS 4 ME... I PRAY THAT YALL UNDERSTAND I WILL BE GONE 4 A YEAR AND A HALF... IM GOING TO SCHOOL AND GET MY LIFE BACK TOGETHER BUT IN GODS WAY.... IT COMES A TIME IN EVERYBODYS LIFE WHEN YOU HAVE TO CHOOSE HELL OR HEAVEN AND THIS IS ALREADY HELL ON EARTH AND I DONT WANT TO LIVE IN HELL AFTER THIS LIFE I WANT TO BE IN THOSE GATES OF HEAVEN AND REJOICE IN THE NAME OF JESUS... MY LIFE HAS BEEN FULL OF UPS AND DOWNS BUT BY HIS GRACE AND MERCY I NO LONGER AM BOUND TO THOSE CHAINS I AM SET FREE AND MY MIND BODY AND SOUL WILL HEAL WITH TIME AND WITH PRAYERS I ASK YOU ALL 2 PLEASE PRAY FOR MY RECOVERY AND TO BE THE WOMAN GOD INTENDED ON ME TO BE...THIS IS MY LAST AND FINAL POST ON FB... JUST KNOW YALL WILL NOT BE FORGOTTEN... I HAVE TO DO ME SO MY KIDS CAN GROW UP AND MY FAMILY AND MYSELF WILL BE PROUD OF ME... IF YOU WANT TO WRITE ME INBOX ME... BLESS YOU ALL AND LOVE YOU ALL...



Photos

Friends · 334

Jill Ehrhardt Osborn | Natasha Mangum
Danielle Rodarte | Kimberly Naylor
Blake Mcgraw (J. ADAMS 33) | Anastasia Shoemaker

Share  👍 28

View 41 more comments

Tressa Knutson-Eide Drea. Is this for real?

← → C 🔒 https://www.facebook.com/AmberBarbieEide/friends?source_ref=pb_friends_tl

**f** Amber Grace 🔍 Home

**DO YOU KNOW AMBER?**

To see what she shares with friends, send her a friend request.

**👤₊ Add Friend**

## 👥 Friends

All Friends   Recently Added   Following

Results for: amanda kersh

amanda kersh 🔍



**Amanda Kersh**
Waterloo, Iowa





# PREMIUM BACKGROUND REPORT

# Amber Joy Eide

3700 Kings Hwy Jackson, MS 39216-3323

NOTICE: This information may NOT be used in connection with decisions about consumer credit, employment, insurance, tenant screening, or any other purpose subject to the Fair Credit Reporting Act.

DISCLAIMER: You may not use our service or the information it provides to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. United States Background Checks does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, 15 USC 1681 et seq., ("FCRA"), which are incorporated herein by reference.) The information available on our website may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's arrest records. Instant Checkmate does not make any representation or warranty about the accuracy of the information available through our website or about the character or integrity of the person about whom you inquire. For more information, please review Instant Checkmate Terms of Use.

# Personal Information

This section contains known aliases, birth records, and phone information gleaned from public records.

## Names and Aliases

| First Name | Middle Initial | Last Name | Known Aliases |
|---|---|---|---|
| Amber | Joy | Eide | Amber J Eide |

## Birth Information

| Date of Birth | Age | Astrological Sign |
|---|---|---|
| ▮▮▮▮ 1984 | 32 | ▮▮▮▮ |

## Social Security Numbers

**Our extensive public records search did not find Social Security information for Kristian Calfo Kibak.**

In 1936, Social Security numbers were issued by the federal government to calculate entitlement and benefits for U.S. workers. Now it's used by government agencies and private businesses to access information about employee files, medical records, credit and banking accounts, health insurance accounts, and more.

Some states don't disclose certain public records, so information about Kristian's SSN might not be available.

# Contact Information

This section contains known phone and email information.

| Possible Phone Numbers | | |
|---|---|---|
| **Phone Number** | **Line Type** | **Carrier** |
| (601) 420-4032 | Landline | AT&T Southeast |

| Email Addresses | |
|---|---|
| **Email Address** | **Email Provider** |
| aeide@att.net | Att |
| amber.eide@yahoo.com | Yahoo |

# Location Information

This section includes all of the locations related to this person. Locations listed may include current residence, past residences, and places of work.

## Location History

| | | |
|---|---|---|
| **3700 Kings Hwy**<br>Jackson, Mississippi<br>39216<br>May 1, 2009 - May 31, 2009 | **17732 Highland Rd Ste G253**<br>**Baton Rouge, Louisiana**<br>**70810** | **3730 Veld Dr**<br>Jackson, Mississippi<br>39212<br>- |
| **548 Sims Hill Rd**<br>Morton, Mississippi 39117<br>February 1, 2009 - February 28, 2009 | **2550 Burma Drive Ext**<br>Pearl, Mississippi 39208<br>September 1, 2002 - September 30, 2002 | |

## Possible Neighbors

## Hunting/Fishing Licenses

| Name | Registered Address | License Type | License State | Year | License Number |
|---|---|---|---|---|---|
| Amber J Eide | BATON ROUGE, LA | Fishing | Florida | 2015 | N/A |
| Amber J Eide | BATON ROUGE, LA | Fishing | Florida | 2015 | N/A |

## Concealed Weapon Permits

**Our extensive public records search did not find Concealed Weapons Permits for Amber Joy Eide.**

**Why didn't anything show up?**

* Some counties and states do not disclose residents' public records.

* Amber Joy Eide may not have a concealed weapons permit.

# Accidents

## This section includes vehicle accidents that Amber Joy Eide may have been involved in.

| Accident Number 1 | |
|---|---|
| Accident Date | September 30, 2013 |
| Accident Location | JACKSON MS |
| Number of Vehicles Involved | 3 |

**Vehicle 1 Information**

| | |
|---|---|
| Owner Information | Not Available **Year:** 2007<br>**Make:** KENWORTH<br>**Model:** CONSTRUCT T300<br>**License Plate:** 788991<br>**Registered In:** MS<br>**VIN:** 2NKMLZ9X97M204675<br>**Insurance Company:** LIBERTY MUTUAL<br>**Policy Number:** ASC-291-459354-023 |
| Driver Information | **Name:** ERNEST COOK<br>**Driver's License State:** MS |

## Vehicle 2 Information

Owner Information

Not Available **Year:** 2013
**Make:** FORD
**Model:** ESCAPE
**License Plate:** JHM 956
**Registered In:** MS
**VIN:** 1FMCU0G97EAU14995
**Insurance Company:** SELF
**Policy Number:** 00000000

Driver Information

**Name:** AMBER EIDE

## Vehicle 3 Information

Owner Information

**Owner:** MARCUS COLLIER
**Year:** 2002
**Make:** BUICK
**Model:** LESABRE CUSTOM
**License Plate:** 88V/S
**Registered In:** MS
**VIN:** 1G4HP54K024145599
**Insurance Company:** PROGRESSIVE
**Policy Number:** 0000000

Driver Information

**Name:** SONETHIA GALLOWAY
**Driver's License State:** MS