UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TAKEETA GALLOWAY ON HER OWN BEHALF;
and AS MOTHER AND NEXT FRIEND OF
MARCEDIZ GALLOWAY AND QN'ZARIUS GALLOWAY,
HER MINOR CHILDREN; and MARCUS COLLIER                PLAINTIFFS

VS.                                               NO. 3:16-CV-403 HTW-LRA

AMBER EIDE, SWEEPING CORPORATION OF
AMERICAN, ERNEST COOK, ENTERPRISES LEASING
COMPANY-SOUTH CENTRAL, LLC AND JOHN DOES             DEFENDANTS

## STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes Enterprise Leasing Company – South Central, LLC ("Enterprise"), who responds to the Text Only Order entered by the Court on February 28, 2017 to advise the Court of the current status of this litigation. A settlement has been reached between the parties, subject to Chancery Court approval because minors are involved, and the Petition for Authority has been provided to plaintiffs' counsel to obtain signatures in preparation for filing. One of the fathers has not been identified and therefore will have to be served by publication as a John Doe, which will delay presentation of the minors' settlement to the Chancery Court. Thus, Enterprise respectfully requests this Honorable Court to keep this case on the docket until such time as the Chancery Court has an opportunity to rule whether the settlement will be allowed. In the event that it is not, there would still be a live controversy.

Respectfully submitted on March 1, 2017.

*s/Donna Powe Green*
DONNA POWE GREEN

Donna Powe Green (#4460)
Green Law Firm, P.A.
32 Office Park Drive
Post Office Box  17947
Hattiesburg, MS  39404-7947
(601) 271-9031 (telephone)
(601) 271-9033 (facsimile)
donnapgreen@comcast.net
Attorney for Enterprise Leasing Company-South Central, LLC

## CERTIFICATE OF SERVICE

     I hereby certify that on March 1, 2017, I electronically filed the foregoing with the Clerk of Court using the MEC system which sent notification of such filing to all counsel of record.

                                      */s/ Donna Powe Green*
                                   COUNSEL OF RECORD