**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**TAKEETA GALLOWAY, on her own**
**Behalf and as mother and next friend of**
**MARCEDIZ GALLOWAY and**
**Qn'ZARIUS GALLOWAY, her minor children.**                      **PLAINTIFF**

**vs.**                                   **CIVIL ACTION No.: 3:16-CV-403-HTW-LRA**

**AMBER EIDE; SWEEPING CORP. OF**
**AMERICA; ERNEST COOK; ENTERPRISE**
**LEASING CO. – SOUTH CENTRAL, LLC;**
**And JOHN DOE.**                                   **DEFENDANTS**

## ORDER OF DISMISSAL

All parties having announced a successful settlement of this case [Docket no. 9], and the court being desirous that this matter be finally closed on its active docket,

IT IS HEREBY ORDERED that this case is hereby DISMISSED as to all parties.

If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

The parties are ordered to submit a final order of dismissal in this matter on or before Wednesday, April 5, 2017.

**SO ORDERED this the 6th day of March, 2017.**

**s/ HENRY T. WINGATE_____**
**UNITED STATES DISTRICT COURT JUDGE**